UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CALDERON-SILVA,<br><br>                Petitioner,<br><br>      v.<br><br>DOMINGO URIBE, JR.,<br><br>                Respondent. | Case No.<br>SACV 09-00832 MMM(JC)<br><br>JUDGMENT |

     Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed.

     DATED: December 21, 2010

                                      _____
                                      HONORABLE MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE